Local Form 3015-1 (12/17)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA THIRD DIVISION

In re:
DEREK A RICHMOND
GILLIAN Y RICHMOND

Case no.: 17-31186
CHAPTER 13 PLAN ☑ Modified
Dated: June 8, 2018

Debtor.
In a joint case, debtor means debtors in this plan.

**Part 1. NOTICE OF NON-STANDARD PLAN PROVISIONS, SECURED CLAIM LIMITATIONS, AND LIEN OR SECURITY INTEREST AVOIDANCE:** Debtors must check the appropriate boxes below to state whether or not the plan includes each of the following items:

| | | | |
|---|---|---|---|
| 1.1 | A limit on the amount of a secured claim based on a valuation of the collateral for the claim, set out in Parts 9 or 17 | ☑ Included | ☐ Not included |
| 1.2 | Avoidance of a security interest or lien, set out in Part 17 | ☐ Included | ☑ Not included |
| 1.3 | Nonstandard provisions, set out in Part 17 | ☐ Included | ☑ Not included |

**Part 2. DEBTOR'S PAYMENTS TO TRUSTEE**

2.1 As of the date of this plan, the debtor has paid the trustee $14,850.00 (Includes $3,755.19 currently on hand for distribution).

2.2 After the date of this plan, the debtor will pay the trustee $1,300.00 per month for 16 months beginning June 2018 for a total of $20,800.00, **then** $1,800.00 per month for 12 months beginning October 2019 for a total of $21,600.00, **then** $2,000.00 per month for 19 months beginning October 2020 for a total of $38,000.00, for a grand total of $80,400.00. The initial plan payment is due not later than 30 days after the order for relief.

2.3 The minimum plan length is ☐ 36 months or ☑ 60 months from the date of the initial plan payment unless all allowed claims are paid in a shorter time.

2.4 The debtor will also pay the trustee: **The debtors will also pay an additional $260.00 per month for the months of July 2018 through September 2019 (15 months) for a total of $3,900.00 in order to make up the payments missed prior to modification.**

2.5 The debtor will pay the trustee a total of $99,150.00 [lines 2.1 + 2.2 + 2.4]

**Part 3. PAYMENTS BY TRUSTEE** — The trustee will make payments only to creditors for which proofs of claim have been filed. The trustee may collect a fee of up to 10% of plan payments, or $9,915.00 [line 2.5 x .10]

**Part 4. ADEQUATE PROTECTION PAYMENTS (§ 1326(a)(1)(C))** — The trustee will promptly pay from available funds adequate protection payments to creditors holding allowed claims secured by personal property, according to the following schedule, beginning in month one (1).

| | Creditor | Monthly Payment | Number of Months | Total Payments |
|---|---|---|---|---|
| 4.1 | Capital One Auto Finance | $125.00 | 3 | $375.00 **paid** |
| 4.2 | Tidewater Auto Finance | $150.00 | 3 | $450.00 **paid** |
| | TOTAL | | | $825.00 **paid** |

**Part 5. EXECUTORY CONTRACTS AND UNEXPIRED LEASES [§ 365]** — The debtor assumes the following executory contracts or unexpired leases. Debtor will pay directly to creditors all payments that come due after the date the petition was filed. Cure provisions, if any, are set forth in Part 8.

| Creditor | Description of Property |
|---|---|
| -NONE- | |

**Part 6. CLAIMS NOT IN DEFAULT** — Payments on the following claims are current and the debtor will pay directly to creditors all payments that come due after the date the petition was filed. The creditors will retain liens, if any.

| Creditor | Description of Property |
|---|---|
| -NONE- | |

**Part 7. HOME MORTGAGES IN DEFAULT (§§ 1322(b)(5) and 1322(e))** — The trustee will cure payment defaults on the following claims secured only by a security interest in real property that is the debtor's principal residence. The debtor will pay directly to creditors all payments that come due after the date the petition was filed. The creditors will retain liens. **All following entries are estimates.** The trustee will pay the actual amounts of default.

| Creditor | Amount of default | Monthly payment | Beginning in month # | Number of payments | Total payments |
|---|---|---|---|---|---|
| -NONE- | | | | | |
| TOTAL | | | | | $0.00 |

**Part 8. CLAIMS IN DEFAULT (§§ 1322 (b)(3) and (5) and 1322(e)):** The trustee will cure payment defaults on the following claims as set forth below. The debtor will pay directly to creditors all payments that come due after the date the petition was filed. The creditors will retain liens, if any. **All following entries are estimates, except for interest rate.**

| | Creditor | Amount of default | Interest rate (if any) | Monthly payment | Beginning in month # | Number of payments | Total payments |
|---|---|---|---|---|---|---|---|
| | -NONE- | | | | | | |
| | TOTAL | | | | | | $0.00 |

**Part 9. SECURED CLAIMS SUBJECT TO MODIFICATION ("CRAMDOWN") PURSUANT TO § 506 (§ 1325(a)(5)) (secured claim amounts in plan this Part control over any contrary amount except for secured claims of governmental units):** The trustee will pay, on account of the following allowed secured claims, the amount set forth in the "Total Payments" column below. Unless otherwise specified in Part 17, the creditors will retain liens securing the allowed secured claims until the earlier of the payment of the underlying debt determined under nonbankruptcy law, or the date of the debtor's discharge, and if this case is dismissed or converted without completion of the plan, such liens shall also be retained by such holders to the extent recognized by applicable nonbankruptcy law. **Notwithstanding a creditor's proof of claim filed before or after confirmation, the amount listed in this Part as a creditor's secured claim binds the creditor pursuant to 11 U.S.C. § 1327 and confirmation of the plan is a determination of the creditor's allowed secured claim.** For secured claims of governmental units, unless otherwise ordered by the court, the value of a secured claim listed in a proof of claim filed in accordance with FRBP 3012(c) controls over any contrary amount.

| | Creditor | Claim amount | Secured Claim | Interest Rate | Beginning in month # | (Monthly payment) | X Number of payments) | = Plan payments | + Adq. Pro. from Part 4 | = Total payments |
|---|---|---|---|---|---|---|---|---|---|---|
| 9.1 | Purchasing Power | 4,492.00 | 3,000.00 | 0 | 1 | $ 100.00 | 26 | 3,000.00 | 0.00 | $3,000.00 |
| | *$463.16 has been paid. | | | | | | | | | |
| | TOTAL | | | | | | | | | $3,000.00 |

**Part 10. SECURED CLAIMS EXCLUDED FROM § 506 AND NOT SUBJECT TO MODIFICATION ("CRAMDOWN") (§ 1325) (910 vehicles and other things of value)(allowed filed secured claim controls over any contrary amount):** The trustee will pay in full the amount of the following allowed secured claims. **All following entries are estimates, except for interest rate.** The creditors will retain liens. Unmodified 910 claims not in default are addressed in Part 6. Unmodified 910 claims in default are addressed in Part 8.

| | Creditor | Claim amount | Interest Rate | Beginning in month # | (Monthly payment) | X Number of payments) | = Plan payments | + Adq. Pro. from Part 4 | = Total payments |
|---|---|---|---|---|---|---|---|---|---|
| 10.1 | Capital One Auto Finance | 12,922.00 | 4 | 1 | 300.00 | 43 | 13,695.00 | 375.00 | $14,070.00* |
| | *Adequate protection payments and $1,001.43 of the secured claim including interest has been paid. | | | | | | | | |
| 10.2 | Tidewater Auto Finance | 18,623.00 | 4 | 1 | 450.00 | 41 | 19,793.00 | 450.00 | $20,243.00* |
| | *Adequate protection payments and $1,376.97 of the secured claim including interest has been paid. | | | | | | | | |
| | TOTAL | | | | | | | | $34,313.00 |

**Part 11. PRIORITY CLAIMS (not including claims under Part 12):** The trustee will pay in full all claims entitled to priority under § 507(a)(2) through (a)(10), including the following. **The amounts listed are estimates.** The trustee will pay the amounts actually allowed.

| | Creditor | Estimated Claim | Monthly payment | Beginning in Month # | Number of payments | Total payments |
|---|---|---|---|---|---|---|
| 11.1 | Attorney Fees | 750.00 | 185 / 382 | 1 / 2 | 1 / 2 | $5,000.00* |
| | *$4,250.00 has been paid. | | | | | |
| 11.2 | Internal Revenue Service | 16,978.00 | Pro rata | | | $16,978.00 |
| 11.3 | Minnesota Department of Revenue | 7,176.00 | Pro rata | | | $7,176.00 |
| | TOTAL | | | | | $29,154.00 |

**Part 12. DOMESTIC SUPPORT OBLIGATION CLAIMS:** The trustee will pay in full all domestic support obligation claims entitled to priority under § 507(a)(1), including the following. **The amounts listed are estimates.** The trustee will pay the amounts actually allowed.

| | Creditor | Estimated Claim | Monthly payment | Beginning in Month # | Number of payments | Total payments |
|---|---|---|---|---|---|---|
| 12.1 | Staci Gill | 22,012.00 | 554 / 770 / 870 / 1,050 | 1 / 17 / 27 / 29 | 16 / 10 / 2 / 2 | $22,012.00* |
| | *$2,135.39 has been paid. | | | | | |
| | TOTAL | | | | | $22,012.00 |

**Part 13. SEPARATE CLASSES OF UNSECURED CLAIMS** — In addition to the class of unsecured claims specified in Part 14, there shall be separate classes of non-priority unsecured creditors described as follows:  -NONE-
The trustee will pay the allowed claims of the following creditors. **All entries below are estimates.**

| Creditor | Interest Rate (if any) | Claim Amount | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|
| -NONE- | | | | | | |
| TOTAL | | | | | | $0.00 |

**Part 14. TIMELY FILED UNSECURED CLAIMS** — The trustee will pay holders of nonpriority unsecured claims for which proofs of claim were timely filed the balance of all payments received by the trustee and not paid under Parts 3, 7, 8, 9, 10, 11, 12 and 13 their pro rata share of approximately $756.00  [line 2.5 minus totals in Parts 3, 7, 8, 9, 10, 11, 12 and 13].

14.1   The debtor estimates that the total unsecured claims held by creditors listed in Part 9 are $1,492.00.

14.2   The debtor estimates that the debtor's total unsecured claims (excluding those in Part 9 and 13) are $193,097.00.

14.3   Total estimated unsecured claims are $194,589.00 [lines 14.1 + 14.2].

**Part 15. TARDILY-FILED UNSECURED CREDITORS** — All money paid by the debtor to the trustee under Part 2, but not distributed by the trustee under Parts 3, 4, 7, 8, 9, 10, 11, 12, 13 and 14, will be paid to holders of allowed nonpriority unsecured claims for which proofs of claim were tardily filed.

**Part 16. SURRENDER OF COLLATERAL AND REQUEST FOR TERMINATION OF STAY:** The debtor has surrendered or will surrender the following property to the creditor. The debtor requests that the stays under §§ 362(a) and 1301(a) be terminated as to the surrendered collateral upon confirmation of the plan.

| | Creditor | Description of Property |
|---|---|---|
| 16.1 | Ace Title Loans | 2000 Ford Explorer |

**Part 17. NONSTANDARD PROVISIONS:** The Trustee may distribute additional sums not expressly provided for herein at the trustee's discretion. Any nonstandard provisions, as defined in FRBP 3015(c), must be in this Part. Any nonstandard provision placed elsewhere in the plan is void. Any request by the debtor to modify a claim secured only by a security interest in real property that is the debtor's principal residence must be listed in this Part and the debtor must bring a motion to determine the value of the secured claim pursuant to Local Rule 3012-1(a).

| 17.1 | |
|---|---|

| Class of Payment | | Amount to be paid |
|---|---|---|
| Payments by trustee's [Part 3] | $ | 9,915.00 |
| Home Mortgage Defaults [Part 7] | $ | 0.00 |
| Claims in Default [Part 8] | $ | 0.00 |
| Secured claims subject to modification (cramdown) pursuant to § 506 [Part 9] | $ | 3,000.00 |
| Secured claims excluded from § 506 [Part 10] | $ | 34,313.00 |
| Priority Claims [Part 11] | $ | 29,154.00 |
| Domestic support obligation claims [Part 12] | $ | 22,012.00 |
| Separate classes of unsecured claims [Part 13] | $ | 0.00 |
| Timely filed unsecured claims [Part 14] | $ | 756.00 |
| TOTAL (must equal line 2.5) | $ | 99,150.00 |

Certification regarding nonstandard provisions:
I certify that this plan contains no nonstandard provision except as placed in Part 17.

Signed:   /s/ Robert J. Hoglund
          Robert J. Hoglund 210997
          Attorney for debtor or debtor if pro se

Signed:   /s/ DEREK A RICHMOND
          DEREK A RICHMOND
          Debtor 1

Signed:   /s/ GILLIAN Y RICHMOND
          GILLIAN Y RICHMOND
          Debtor 2 (if joint case)

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: | Bkry Case No: 17-31186 |
| Derek A. Richmond | Chapter 13 |
| and | |
| Gillian Y. Richmond | **UNSWORN CERTIFICATE** |
| Debtors. | **OF SERVICE** |

I, Melissa S. Matthews, employed by Hoglund & Chwialkowski & Mrozik, PLLC, attorneys licensed to practice law in this Court, with office address of 1781 West County Road B, Roseville, Minnesota 55113, declare that on June 18, 2018, I served the Post Confirmation Modified Chapter 13 Plan and the Notice of Hearing and Motion to Modify the Chapter 13 Plan and Memorandum of Law to each of the entities named below by first class mail postage prepaid and to any entities who are Filing Users, by automatic e-mail notification pursuant to the Electronic Case Filing System:

**The following were served by certified mail:**

**Purchasing Power**
Richard Carrano
1349 West Peachtree Street, Suite 1100
Atlanta, GA 30309
**Richard Carrano is the Chief Executive Officer for Purchasing Power as obtained through www.puchasingpower.com on January 16, 2018.**

**Capital One Auto Finance**
Richard Fairbank
1680 Capital One Drive
Mclean, VA 22102
**Richard Fairbank is listed as the Chief Executive Officer of Capital One as obtained through** www.capitalone.com **on Dec 12, 2017.**

**Tidewater Auto Finance**
Nathan Benson
6520 Indian River Rd
Virginia Beach, VA 23464
**Nathan Benson is the Chief Executive Officer of Tidewater Auto Finance as obtained through www.tidewatermotor.com on June 18, 2018.**

**The following were served via first class mail postage prepaid:**

Derek A. Richmond
Gillian Y. Richmond
1000 Cleveland Ave S
St. Paul, MN 55116


And to all creditors/parties in interest listed on matrix (see attached)

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: June 18, 2018
Signed: /e/ Melissa S. Matthews
           Paralegal

```
Label Matrix for local noticing        St Paul                                   ACE CASH EXPRESS
0864-3                                  200 Warren E Burger Federal Building and 1231 GREENWAY DR
Case 17-31186                           US Courthouse                            STE 600
District of Minnesota                   316 N Robert St                          IRVING TX 75038-2511
St Paul                                 St Paul, MN 55101-1465
Mon Jun 18 09:11:05 CDT 2018

AFNI INC                                AmeriCredit Financial Services, Inc. dba GM   BEVERLY BUS GARAGE
1310 MARTIN LUTHER KING DR              P O Box 183853                                9730 S WESTERN AVE
PO BOX 3427                             Arlington, TX 76096-3853                      STE 407
BLOOMINGTON IL 61702-3427                                                             EVERGREEN PARK IL 60805-2791


CAPITAL ONE                             CAPITAL ONE AUTO FINANACE                CENTURY COLLEGE
PO BOX 30253                            7933 PRESTON RD                          3300 CENTURY AVE N
SALT LAKE CITY UT 84130-0253            PLANO TX 75024-2302                      WHITE BEAR LAKE MN 55110-1252


CENTURY LINK                            COMCAST                                  CONVERGENT OUTSOURCING INC
PO BOX 91154                            9602 S 300 W SUITE B                     800 SW 39TH ST
SEATTLE WA 98111-9254                   SANDY UT 84070-3336                      PO BOX 9004
                                                                                 RENTON WA 98057-9004


Capital One Auto Finance                Capital One Auto Finance,                (p)DIRECTV LLC
c/o Ascension Capital Group             c/o AIS Portfolio Services,              ATTN BANKRUPTCIES
P.O. Box 165028                         4515 N Santa Fe Ave. Dept. APS           PO BOX 6550
Irving, TX 75016-5028                   Oklahoma City, OK 73118-7901             GREENWOOD VILLAGE CO 80155-6550


DS ERICKSON & ASSOCIATES PLLC           Directv, LLC                             ENHANCED RECOVERY COMPANY LLC
920 2ND AVE S STE 800                   by American InfoSource LP as agent       8014 BAYBERRY RD
MINNEAPOLIS MN 55402-4007               PO Box 5008                              JACKSONVILLE FL 32256-7412
                                        Carol Stream, IL  60197-5008


FIRST PREMIER BANK                      Forrest County Mississippi               GREAT LAKES
PO BOX 5529                             PO Box 16209                             PO BOX 1843
SIOUX FALLS SD 57117-5529               1604 W Pine Street                       ATLANTA GA 30301-1843
                                        Hattiesburg, MS 39401-7554


HCMC                                    HEALTH EAST                              HEALTH PARTNERS
PO BOX 860048                           NW 8947 PO BOX 1450                      PO BOX 77026
MINNEAPOLIS MN 55486-0048               MINNEAPOLIS MN 55485-8947                MINNEAPOLIS MN 55480-7726


HENNEPIN COUNTY                         HOME CHOICE                              INTEGRITY SOLUTION SERVICES
300 S 6TH ST                            878 ARCADE DR                            PO BOX 1850
MINNEAPOLIS MN 55487-0999               SAINT PAUL MN 55106-3852                 SAINT CHARLES MO 63302-1850


(p)INTERNAL REVENUE SERVICE             IRS                                      Illinois Student Assistance Commission
CENTRALIZED INSOLVENCY OPERATIONS       PO BOX 7346                              1755 Lake Cook Rd
PO BOX 7346                             PHILADELPHIA PA 19101-7346               Deerfield, IL 60015-5209
PHILADELPHIA PA 19101-7346
```

| | | |
|---|---|---|
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | MCM<br>2365 NORTHSIDE DR STE 300<br>SAN DIEGO CA 92108-2709 | MDHS<br>511 S MAIN ST<br>COLUMBIA MS 39429-2950 |
| MEDCREDIT FINANCIAL SERVICES<br>PO BOX 77037<br>MINNEAPOLIS MN 55480-7737 | METABANK<br>PO BOX 2136<br>AUSTIN TX 78768-2136 | METRO DENTAL CARE<br>1375 ST ANTHONY AVE<br>ST PAUL MN 55104-4006 |
| MN DEPT OF REVENUE<br>551 BKCY SECTION CEU DEPT<br>PO BOX 64447<br>SAINT PAUL MN 55164-0447 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | NAVIENT STUDENT LOANS<br>PO BOX 9635<br>WILKES BARRE PA 18773-9635 |
| NELNET<br>PO BOX 82505<br>LINCOLN NE 68501-2505 | NORTHLAND GROUP INC<br>PO BOX 390846<br>EDINA MN 55439-0846 | Navient Solutions, LLC on behalf of<br>Department of Education Loan Services<br>PO Box 9635<br>Wilkes-Barre, PA 18773-9635 |
| Navient Solutions, LLC. on behalf of<br>Educational Credit Management Corporatio<br>PO BOX 16408<br>St. Paul, MN 55116-0408 | PAYDAY AMERICA INC<br>181 RIVER RIDGE CIR S<br>BURNSVILLE MN 55337-1627 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| PROGRESSIVE INSURANCE<br>PO BOX 6807<br>CLEVELAND OH 44101-1807 | PURCHASING POWER<br>1349 W PEACHTREET ST STE 1100<br>ATLANTA GA 30309-2956 | Premier Bankcard, LLC<br>c o Jefferson Capital Systems LLC<br>PO Box 7999<br>St Cloud MN 56302-7999 |
| Purchasing Power<br>1349 West Peachtree St #1100<br>Atlanta, GA 30309-2956 | Quantum3 Group LLC as agent for<br>ACE Cash Express INC<br>PO Box 788<br>Kirkland, WA  98083-0788 | RAMSEY COUNTY<br>15 W KELLOGG BLVD RM 130<br>SAINT PAUL MN 55102-1613 |
| SEVENTH AVENUE<br>1112 7TH AVE<br>MONROE WI 53566-1364 | SPRINGER COLLECTIONS<br>876 E 7TH ST<br>SAINT PAUL MN 55106-4590 | ST PAUL EYE CLINIC<br>PO BOX 25230<br>WOODBURY MN 55125-0230 |
| ST PAUL EYE CLINIC<br>SPRINGER COLLECTIONS<br>876 E 7TH ST<br>SAINT PAUL MN 55106-4590 | ST PAUL RADIOLOGY<br>ADMINISTRATION<br>166 4TH ST E<br>SAINT PAUL MN 55101-1474 | STACI GILL<br>2133 HWY 98 E<br>COLUMBIA MS 39429-8047 |
| STATE COLLECTION SERVICE INC<br>2509 S STOUGHTON RD STE 100<br>MADISON WI 53716-3314 | STELLAR RECOVERY<br>44500 SALISBURY ROAD STE 105<br>JACKSONVILLE FL 32216 | Seventh Avenue<br>c/o Creditors Bankruptcy Service<br>P O Box 800849<br>Dallas, TX 75380-0849 |

Staci Pamphlet-Gill
2133 HWY 98 E
COLUMBIA, MS 39429-8047

State of MN
121 7th Place E, Suite 4500
St. Paul, MN 55101-2119

T Mobile/T-Mobile USA Inc
by American InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901


(p)T MOBILE
C O AMERICAN INFOSOURCE LP
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

TIDEWATER AUTO FINANCE
6520 INDIAN RIVER RD
VIRGINIA BEACH VA 23464-3439

TWIN CITIES ORTHOPEDICS
2155 FORD PKWY
SAINT PAUL MN 55116-2799


(p)TIDEWATER FINANCE COMPANY
P O BOX 13306
CHESAPEAKE VA 23325-0306

US DEPARTMENT OF EDUCATION
CLAIMS FILING UNIT
PO BOX 8973
MADISON, WI 53708-8973

US Trustee
1015 US Courthouse
300 S 4th St
Minneapolis, MN 55415-3070


VAN RU CREDIT CORPORATION
1350 E TOUHY AVE STE 300E
DES PLAINES IL 60018-3342

VANTAGE SOURCING
4930 W STATE HWY 52 STE 1
DOTHAN AL 36305-9102

VERIZON WIRELESS
PO BOX 40005
ACWORTH GA 30101


VERIZON WIRELESS
PO BOX 4002
ACWORTH GA 30101-9003

Verizon
by American InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

WASHINGTON COUNTY
COURT ADMINISTRATION
8180 BLVD
COTTAGE GROVE MN 55016


WASHINGTON COUNTY LIBARARY
GOVERNMENT CENTER
PO BOX 3804
STILLWATER MN 55082-3804

XCEL ENERGY
PO BOX 9477
MINNEAPOLIS MN 55484-9477

Xcel Energy North
by American InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901


DEREK A RICHMOND
1000 CLEVELAND AVE S
ST PAUL, MN 55116-1866

GILLIAN Y RICHMOND
1000 CLEVELAND AVE S
ST PAUL, MN 55116-1866

Gregory A Burrell
100 South Fifth Street
Suite 480
Minneapolis, MN 55402-1250


Robert J. Hoglund
Hoglund, Chwialkowski & Mrozik, PLLC
1781 West County Road B
P.O. Box 130938
Roseville, MN 55113-0019


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


DIRECTV
PO BOX 6550
ENGLEWOOD CO 80155-6550

IRS
30 E 7TH STREET SUITE 1222
MAIL STOP 5700
SAINT PAUL MN 55101

Jefferson Capital Systems LLC
PO Box 7999
St Cloud MN 56302-9617

```
PORTFOLIO RECOVERY ASSOCIATES LLC        (d)Portfolio Recovery Associates, LLC      (d)Portfolio Recovery Associates, LLC
PO BOX 12914                              C/Ocapital One Bank (usa), N.a.            c/o Capital One Bank, N.a.
NORFOLK VA 23541-2914                     POB 12914                                  POB 12914
                                          Norfolk VA 23541                           Norfolk VA 23541


T-MOBILE                                  Tidewater Finance Company
PO BOX 790047                             P.O. Box 13306
SAINT LOUIS MO 63179-0047                 Chesapeake, VA  23325
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)ACE TITLE LOANS                        End of Label Matrix
                                          Mailable recipients    81
                                          Bypassed recipients     1
                                          Total                  82
```

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MINNESOTA

In re:

Derek A. Richmond,

and

Gillian Y. Richmond, Debtor(s).

Bankruptcy Case Number: 17-31186

**SIGNATURE DECLARATION**

( ) PETITION, SCHEDULES & STATEMENTS
( ) CHAPTER 13 PLAN
( ) SCHEDULES & STATEMENTS ACCOMPANYING VERIFIED CONVERSION
( ) AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
(X) MODIFIED CHAPTER 13 PLAN/MOTION FOR HEARING
( ) OTHER:

I (we), the undersigned debtor(s) or authorized representative of the debtor, make the following declarations under penalty of perjury:

1. The information I have given my attorney for the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;
2. The Social Security Number or Tax Identification Number I have given to my attorney for entry into the court's Case Management/Electronic Case Filing (CM/ECF) system as a part of the electronic commencement of the above-references case is true and correct;
3. **[individual debtors only]** If no Social Security Number was provided as described in paragraph 2 above, it is because I do not have a Social Security Number;
4. I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration;
5. My electronic signature contained on the documents filed with the Bankruptcy Court has the same effect as if it were my original signature on those documents; and
6. **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: 6/15/2018

_____
Signature of Debtor 1 or Authorized Individual

Derek A. Richmond
Printed Name of Debtor 1 or Authorized Individual

_____
Signature of Debtor 2

Gillian Y. Richmond
Printed Name of Debtor 2

HOGLUND, CHWIALKOWSKI & MROZIK, PLLC
Signed: /e/ *Robert J. Hoglund*
Robert J. Hoglund   #210997
1781 West County Road B
P.O. Box 130938
Roseville, Minnesota 55113
Telephone Number: (651) 628-9929

signdecj